**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| XR COMMUNICATIONS LLC, | |
| *Plaintiff,* | |
| v. | Civil Action No. 6:21-cv-00625-ADA |
| GOOGLE LLC, | **JURY TRIAL DEMANDED** |
| *Defendant.* | |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

BEFORE THE COURT is Defendant's Unopposed Motion to Withdraw as Counsel. The Court, having read and considered the Unopposed Motion, finds that it should be and is hereby GRANTED.

IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Withdraw as Counsel is GRANTED and that Michael D.K. Nguyen is no longer counsel of record for Defendant Google LLC in this matter.

IT IS FURTHER ORDERED that electronic notices to Michael D.K. Nguyen in this case are terminated effective as of the date of this Order.

SIGNED on this 7th day of September, 2022.

*[signature: Haywood S. Gilliam Jr.]*
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE